UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY C. RENFRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAN ANDERSON AND IMBEE, INC.,<br><br>　　　　　Defendants. | No. 2:19-cv-0001-JAM-JFP (PS)<br><br><br>ORDER |

　　　　Plaintiff's motion for entry of default judgment was submitted for decision without oral argument by the magistrate judge on May 26, 2020. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

　　　　On February 3, 2021, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on February 15, 2021, and they were considered by the undersigned.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Findings and Recommendations filed February 3, 2021, are adopted in full;

　　　　2. Plaintiff's motion for default judgment (ECF No. 18) is denied without prejudice;

3. The clerk's entry of defendant Anderson's default is set aside; and

4. Defendant Anderson shall, within 21 days of this order, file a response to the complaint that comports with the requirements of Federal Rules of Civil Procedure 8 and 12.

DATED: March 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE