UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY C. RENFRO,<br><br>                     Plaintiff,<br><br>          v.<br><br>ALAN ANDERSON, *et al.*,<br><br>                     Defendants. | Case No.   2:19-cv-00001-JAM-JDP<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE<br><br>August 19, 2021 at 10:00 a.m.<br><br>Courtroom 9 |

This case was recently referred to the assigned magistrate judge. ECF No. 30. Defendant Anderson has answered the complaint *pro se*. Defendant Imbee, Inc. remains in default as it cannot appear without counsel. I will hold a status conference on August 19, 2021 at 10:00 a.m. in Courtroom 9. The parties should be prepared to discuss whether they are interested in a settlement conference, whether discovery has been completed, and, if not, what discovery remains, and any measure that a party believes would encourage speedy and efficient resolution of this case.

IT IS SO ORDERED.

Dated:   July 21, 2021     _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE