UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY C. RENFRO, | Case No. 2:19-cv-00001-JAM-JDP |
| Plaintiff, | ORDER DIRECTING THE PARTIES TO FILE STATUS REPORTS WHILE SETTLEMENT IS PENDING |
| v. | |
| ALAN ANDERSON, *et al.*, | RESPONSE DUE EVERY 90 DAYS |
| Defendants. | |

On October 6, 2021, the parties filed a notice of settlement. ECF No. 36. Under Local Rule 160, dispositional documents were due November 1. However, the parties suggest in their notice that they expect completion of their settlement agreement to take 18 months. Accordingly, the parties are directed to submit a status report every 90 days while this action is pending. Once settlement is completed, the parties may file dispositional documents in lieu of a status report.

IT IS SO ORDERED.

Dated: December 13, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE