UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RANDY C. RENFRO,<br><br>            Plaintiff,<br><br>      v.<br><br>ALAN ANDERSON, *et al.*,<br><br>            Defendants. | Case No.  2:19-cv-00001-DAD-JDP (PS)<br><br>**ORDER**<br><br>DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT BY SEPTEMBER 11, 2024 |

On October 6, 2021, plaintiff filed a notice of settlement.  ECF No. 36.  In it, he explained that the parties had executed a written settlement, but that completion of the agreement was expected to last about a year and a half.  *Id.* at 1.  With that understanding, I ordered the parties to file a joint status report every 90 days while the action remained pending.  ECF No. 37.  I further told the parties that they could file dispositional documents instead of a status report once the settlement obligations were completed.  *Id.* at 1.

Plaintiff filed a status report on January 7, 2022, ECF No. 38, and January 13, 2023, ECF No. 41.  In both reports, plaintiff explains that defendant Anderson had failed to comply with the settlement agreement—apart from an initial $1,000 payment.  Plaintiff states in the latest report that he believes defendant Anderson has no intention of complying with the terms of the

1

settlement.  ECF No. 41 at 2.  Plaintiff has since re-issued discovery but has received no response.  *Id.*  In light of defendant Anderson's non-compliance with the terms of the settlement, plaintiff has requested that the court "re-set" this case and possibly hold a motion to compel hearing.  *Id.*

The parties have not complied with the court's order to file status reports every 90 days until the settlement has been completed.  Before the court takes any action on plaintiff's requests, the parties are ordered to file a joint status report regarding the status of the settlement by September 11, 2024.  Should the parties again fail to comply with this court's order, I will recommend that this action either be dismissed, or defendants' default be entered.

Accordingly, it is hereby ORDERED that:

1. By no later than September 11, 2024, both parties shall file a joint status report in accordance with the court's December 13, 2021 order.

2. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and for failure to comply with court orders or a recommendation that defendants' default be entered.

IT IS SO ORDERED.

Dated:   September 3, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2