1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RANDY C. RENFRO,                          Case No.  2:19-cv-0001-DC-JDP (PS)

12                    Plaintiff,

13         v.                                    ORDER

14    ALAN ANDERSON, INC., *et al.*,

15                    Defendants.

16

17         On April 9, 2025, the parties participated in a court supervised settlement conference at

18    which they reached an agreed to settle plaintiff's claims.  ECF No. 53.  Pursuant to the terms of

19    the settlement agreement, the court ordered defendant Anderson to pay the agreed upon amount

20    within sixty days.  *Id.*

21         To date, no further action has been taken in this case.  Accordingly, the parties are hereby

22    ORDERED to file status reports within seven days of the date of this order.

23

IT IS SO ORDERED.

24

25

Dated:    September 15, 2025

26                                              _____

                                                JEREMY D. PETERSON

27                                              UNITED STATES MAGISTRATE JUDGE

28

1