UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY C. RENFRO,<br>Plaintiff,<br>v.<br>ALAN ANDERSON, INC.,<br>Defendant. | Case No. 2:19-cv-0001-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 59, 60) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2026, the magistrate judge filed findings and recommendations herein, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 60. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 6, 2026, ECF No. 60, are ADOPTED;
2. Plaintiff's motion to enforce the parties' settlement agreement, ECF No. 59, is GRANTED in part and DENIED in part;
   a. Judgment is entered in Plaintiff's favor and against Defendant in the amount of $5,500;
   b. Plaintiff's request for attorney's fees is DENIED; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dena Coggins
United States District Judge